

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/28/2020

| | | |
|---|---|---|
| *In Re*: | § | |
| | § | |
| WALLER MARINE, INC. | § | Case No. 17-34230 |
| | § | |
| DAVID BRICE WALLER | § | Chapter 11 |
| | § | |
| Debtors | § | Jointly Administered |

| | | |
|---|---|---|
| CANYON SUPPLY & LOGISTICS, LLC | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | Adversary No. 17-3382 |
| MAX FINANCIAL, LLC. et al. | § | |
| Defendants | § | |

**ORDER**   (Docket No. 31)

On this day, the Court considered Plaintiff Canyon Supply & Logistics, LLC and Defendants/Cross-Plaintiffs David Waller and Waller Marine, Inc.'s Motion for Dismissal. After considering the Motion the Court GRANTS the Motion for Dismissal as to Jeffrey Alan Greenwalt, Individually only.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Plaintiff Canyon Supply & Logistics, LLC and Defendants/Cross-Plaintiffs David Waller and Waller Marine, Inc.'s Motion for Dismissal as to Jeffrey Alan Greenwalt, Individually only, is hereby GRANTED.

**Signed:  April 27, 2020.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**