

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/24/2020

| | | |
|---|---|---|
| *In Re*: § | | |
| § | | |
| WALLER MARINE, INC. § | | Case No. 17-34230 |
| § | | |
| DAVID BRICE WALLER § | | Chapter 11 |
| § | | |
| Debtors § | | Jointly Administered |

| | | |
|---|---|---|
| CANYON SUPPLY & LOGISTICS, LLC § | | |
| Plaintiff § | | |
| § | | |
| v. § | | |
| § | | Adversary No. 17-3381 |
| § | | Adversary No. 17-3382 |
| MAX FINANCIAL, LLC. et al. § | | |
| Defendants § | | |

**JUDGMENT**   (Docket No. 48)

On  August 4, 2020, the Court, with David R. Jones presiding, entered an order granting judgment on all claims brought by Plaintiff Canyon Supply & Logistics, LLC, [1] against Defendants Diversity Max, LLC and Max Financial, and in support thereof, found as follows:

1. There are claims against other parties that remain in this case.

2. The Court specifically certifies under Federal Rule of Civil Procedure 54(b) that there is no just reason for delay of the entry of final judgment as to the claims by Plaintiff Canyon Supply & Logistics, LLC against Defendants Diversty Max, LLC and Max Financial.

---

[1] Canyon Supply & Logistics, LLC f/k/a Canyon Port Holdings is hereinafter referred to as "Plaintiff" or "Canyon."

3. Therefore, the Court orders that Plaintiff Canyon Supply & Logistics, LLC, recover the sum of $3,000,000.00, along with pre-judgment interest in the amount of $410.96 per day since the original filing of the underlying lawsuit.[2] The Court hereby order that Plaintiff Canyon Supply & Logistics, LLC recover pre-judgment interest is the amount of $1,136,301.37.[3]

4. Plaintiff is entitled reasonable attorney fees and filed an affidavit proving $120,308.83 as reasonable and necessary attorney fees. The Court orders that Plaintiff Canyon Supply & Logistics, LLC recover $120,308.83 in attorney fees.

5. Plaintiff is entitled to court costs and filed an affidavit proving $8,053.28 for court costs, and the Court orders that Plaintiff Canyon Supply & Logistics, LLC recover $8,053.28 for court costs.

6. Postjudgment interest is payable on all of the above amounts allowable by law at the rate of __.13__ %, from the date this judgment is entered until the date this judgment is paid.

7. The Court orders execution to issue for this judgment.

8. The Court denies all relief not granted in this judgment.

9. The Court directs the clerk to enter this FINAL JUDGMENT as to all claims brought by Plaintiff Canyon Supply & Logistics against Defendants Diversity Max, LLC and Max Financial.

**Signed: September 24, 2020.**

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[2] This amount represents 5% interest from the date of the original filing, which was January 22, 2013. There have been 2,765 days since the original filing.
[3] This amount represents $410.96/day in interest multiplied by 2,765 days.